**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**DENIS WRIGHT,**

        **Plaintiff(s),**         **CASE NUMBER: 06-13252**
                                        **HONORABLE VICTORIA A. ROBERTS**

**v.**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

        **Defendant(s).**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 31, 2007, Magistrate Judge Steven D. Pepe submitted a Report and Recommendation **[Doc. 18]** recommending that the Court grant Plaintiff's Motion for Summary Judgment **[Doc. 14]**, remand the case for further proceedings, and deny Defendant's Motion for Summary Judgment **[Doc. 15]**. Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court adopts the Magistrate Judge's Report and Recommendation.

The Court, therefore, DENIES Defendant's Motion for Summary Judgment, GRANTS Plaintiff's Motion for Summary Judgment, and REMANDS this matter for further proceedings concerning Plaintiff's residual functional capacity and ability to perform his past work or any substantial employment in the regional or national economy.

      **IT IS ORDERED.**

                                                S/Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: November 29, 2007

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on November 29, 2007.

s/Carol A. Pinegar
Deputy Clerk