**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**DENIS WRIGHT,**

        **Plaintiff(s),**　　　　**CASE NUMBER: 06-13252
　　　　　　　　　　　　　　　　HONORABLE VICTORIA A. ROBERTS**

**v.**

**MICHAEL J. ASTRUE, Commissioner**
**of Social Security,**

        **Defendant(s).**
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On January 29, 2008, Magistrate Judge Steven D. Pepe submitted a Report and Recommendation **[Doc. 25]** recommending that the Court grant in part Plaintiff's Application for Attorney Fees **[Doc. 21]** and that Plaintiff be granted attorney fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(a),(d) in the amount of $5,225.00. Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court adopts the Magistrate Judge's Report and Recommendation.

Plaintiff's Application for Attorney Fees is **GRANTED IN PART**. Defendant shall tender attorney fees and costs in the amount of $5,225.00 to Plaintiff.

    **IT IS ORDERED.**

                                        S/Victoria A. Roberts
                                        Victoria A. Roberts
                                        United States District Judge

Dated: March 28, 2008

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 28, 2008.

s/Carol A. Pinegar
Deputy Clerk